**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERENA SOFTWARE INC,

    Plaintiff,

    v.

HEALTH CARE SERVICE CORP,

    Defendant.
    _____/

No. C 08-05472 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 8, 2009, at 9:00 am. on Defendant's motion to dismiss/motion for judgment on the pleadings. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than April 3, 3009, and a reply brief shall be filed by no later than April 10, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 23, 2009

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE