RECEIVED
FILED

09 MAR 19 PM 3: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID A. KAYS (SBN: 120798)
PHILIP C. DUCKER (*Pro Hac Vice Pending*)
**McDERMOTT WILL & EMERY LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: 650.815.7400
Facsimile: 650.815.7401
Email: dkays@mwe.com
Email: pducker@mwe.com

Attorneys for Defendant and Counterclaimant
HEALTH CARE SERVICE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERENA SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTH CARE SERVICE CORP., <br><br> Defendant. | Case No. C-08 5472 (JSW) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PHILIP C. DUCKER *PRO HAC VICE* |
| HEALTH CARE SERVICE CORP., <br><br> Defendant and Counterclaimant, <br><br> v. <br><br> SERENA SOFTWARE, INC., <br><br> Plaintiff and Counter-defendant | |

PHILIP C. DUCKER, whose business address and telephone number is:

McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: 650.815.7400
Facsimile: 650.815.7401

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PHILIP C.
DUCKER *PRO HAC VICE*

Case No. C-08 5472 (JSW)

1 and who is an active member in good standing of the bar of New York, having applied in the
2 above-entitled action for admission to practice in the Northern District of California on a pro hac
3 vice basis, representing Health Care Service Corp.
4     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
6 vice. Service of papers upon and communication with co-counsel designated in the application
7 will constitute notice to the party. All future filings in this action are subject to the requirements
8 contained in General Order No. 45, *Electronic Case Filing.*

10 Dated: March 25, 2009           */s/ Jeffrey S. White*
                                              United States District Judge