1  MELINDA S. RIECHERT, State Bar No. 65504
   KATHRYN M. DANCISAK, State Bar No. 259392
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel:  650.843.4000
   Fax: 650.843.4001
5  E-mail:  mriechert@morganlewis.com

6  Attorneys for Plaintiff and Counter-Defendant
   SERENA SOFTWARE, INC.
7
   DAVID A. KAYS, State Bar No. 120798
8  PHILIP C. DUCKER (*admitted Pro Hac Vice*)
   McDERMOTT WILL & EMERY LLP
9  275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
10 Tel: 650.815.7400
   Fax: 650.815.7401
11 E-mail:  dkays@mwe.com

12 Attorneys for Defendant and Counter-Claimant
   HEALTH CARE SERVICE CORP.

**E-Filed 4/2/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERENA SOFTWARE, INC.,<br><br>　　　　　Plaintiff and<br>　　　　　Counter-Defendant,<br><br>　　vs.<br><br>HEALTH CARE SERVICE CORP.,<br><br>　　　　　Defendant and<br>　　　　　Counter-Claimant. | Case No. C 08-05472 RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO DISMISS/MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:  May 20, 2009<br>Time:  9:30 a.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21057463.1                          1                   STIPULATION AND [PROPOSED] ORDER
                                                            SETTING HEARING AND BRIEFING
                                                            CASE NO. C 08-5472 RS

1     Plaintiff and Counter-Defendant Serena Software, Inc. ("Serena") and Defendant and
2 Counter-Claimant Health Care Service Corp. ("HCSC") hereby stipulate and agree, by and
3 through their undersigned counsel of record, as follows:
4     WHEREAS, HCSC filed its Motion to Dismiss/Motion for Judgment on the Pleadings on
5 March 19, 2009 before Judge Jeffrey S. White;
6     WHEREAS, this case was transferred to Magistrate Judge Richard Seeborg on March 31,
7 2009 and the briefing schedule and hearing date were vacated;
8     WHEREAS, counsel for Serena and counsel for HCSC met and conferred to establish a
9 mutually agreeable briefing schedule for HCSC's Motion to Dismiss/Motion for Judgment on the
10 Pleadings;
11     THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and
12 jointly move the Court to set the hearing on Defendant's Motion to Dismiss/Motion for Judgment
13 on the Pleadings on May 20, 2009, or as soon thereafter as the Court's calendar permits.  The
14 parties also hereby stipulate and jointly move the Court for the following briefing schedule:
15     1.    Opposition papers shall be due on April 24, 2009;
16     2.    Reply papers shall be due on May 6, 2009.

Dated: April 1, 2009                  MORGAN, LEWIS & BOCKIUS LLP

By       /s/      
    Melinda S. Riechert

Attorneys for Plaintiff
SERENA SOFTWARE, INC.

Dated: April 1, 2009                  McDERMOTT WILL & EMERY LLP

By       /s/      
    Philip C. Ducker

Attorneys for Defendant
HEALTH CARE SERVICE CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21057463.1            1           STIPULATION AND [PROPOSED] ORDER
SETTING HEARING AND BRIEFING
CASE NO. C 08-5472 RS

## **ORDER**

Pursuant to the Stipulation between the parties, it is hereby ORDERED that this matter is set for a hearing on May 20, 2009, at 9:30 a.m. on Defendant's Motion to Dismiss/Motion for Judgment on the Pleadings.

Further pursuant to the Stipulation, it is hereby ORDERED that the opposition to the motion shall be filed no later than April 24, 2009 and a reply brief shall be filed no later than May 6, 2009.

**IT IS SO ORDERED.**

Dated: __ April 2, 2009

_____
The Hon. Richard Seeborg
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21057463.1

2

STIPULATION AND [PROPOSED] ORDER
SETTING HEARING AND BRIEFING
CASE NO. C 08-5472 RS