*E-Filed 4/23/09*

1  MELINDA S. RIECHERT, State Bar No. 65504
   KATHRYN M. DANCISAK, State Bar No. 259392
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel:  650.843.4000
   Fax:  650.843.4001
5  E-mail:  mriechert@morganlewis.com

6  Attorneys for Plaintiff and Counter-Defendant
   SERENA SOFTWARE, INC.
7
   DAVID A. KAYS, State Bar No. 120798
8  PHILIP C. DUCKER, State Bar No. 262644
   McDERMOTT WILL & EMERY LLP
9  275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
10 Tel: 650.815.7400
   Fax: 650.815.7401
11 E-mail:  dkays@mwe.com

12 Attorneys for Defendant and Counter-Claimant
   HEALTH CARE SERVICE CORP.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERENA SOFTWARE, INC., | Case No. C 08-05472 RS |
| Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER TO STAY HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO DISMISS/MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| HEALTH CARE SERVICE CORP., | |
| Defendant and Counter-Claimant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21086121.1                        1

STIPULATION AND [PROPOSED] ORDER
TO STAY HEARING AND BRIEFING
CASE NO. C 08-5472 RS

1   Plaintiff and Counter-Defendant Serena Software, Inc. ("Serena") and Defendant and
2   Counter-Claimant Health Care Service Corp. ("HCSC") hereby stipulate and agree, by and
3   through their undersigned counsel of record, as follows:

4   WHEREAS, HCSC filed its Motion to Dismiss/Motion for Judgment on the Pleadings on
5   March 19, 2009 before Judge Jeffrey S. White;

6   WHEREAS, this case was transferred to Magistrate Judge Richard Seeborg on March 31,
7   2009 and the briefing schedule and hearing date were vacated;

8   WHEREAS, counsel for Serena and counsel for HCSC met and conferred regarding a
9   mutually agreeable briefing schedule for HCSC's Motion to Dismiss/Motion for Judgment on the
10  Pleadings;

11  WHEREAS, the parties have agreed to participate in a mediation to take place in June,
12  2009;

13  THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and
14  jointly move the Court to continue the briefing and hearing on Defendant's Motion to
15  Dismiss/Motion for Judgment on the Pleadings pending the parties agreement on a mediation
16  date.  Within 5 business days of reaching an agreement on a mediation date, the parties shall
17  stipulate to a reasonable briefing schedule and hearing date that complies with the relevant local
18  rules and the Court's standing orders.

20  Dated: April 22, 2009                MORGAN, LEWIS & BOCKIUS LLP

22                                      By _____/s/_____
                                           Melinda S. Riechert

23                                      Attorneys for Plaintiff
                                        SERENA SOFTWARE, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21086121.1                      1                   STIPULATION AND [PROPOSED] ORDER
                                                        TO STAY HEARING AND BRIEFING
                                                        CASE NO. C 08-5472 RS

Dated: April 22, 2009                                        McDERMOTT WILL & EMERY LLP

By _____/s/_____
Philip C. Ducker

Attorneys for Defendant
HEALTH CARE SERVICE CORP.

### ORDER

Pursuant to the Stipulation between the parties, it is hereby ORDERED that the hearing on Defendant's Motion to Dismiss/Motion for Judgment on the Pleadings is continued.

Further pursuant to the Stipulation, it is hereby ORDERED that the parties shall notify the Court of a reasonable briefing schedule and hearing date within 5 business days of reaching an agreement on a mediation date.

**IT IS SO ORDERED.**

Dated: 4/23/09

_____
The Hon. Richard Seeborg
United States Magistrate Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/21086121.1                                    2                           STIPULATION AND [PROPOSED] ORDER
                                                                                TO STAY HEARING AND BRIEFING
                                                                                CASE NO. C 08-5472 RS